IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony Lawrence Dash, | ) |
| | ) C/A No.: 3:10-cv-1036-JFA |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Floyd Mayweather, Jr., an individual; Mayweather Promotions; Mayweather Promotions, LLC; Philthy Rich Records, Inc.; and World Wrestling Entertainment, Inc. | ) |
| Defendants. | ) |

The court hereby modifies its previous order (ECF No. 131) imposing sanctions on the individual defendant Floyd Mayweather, Jr. The court directs Mayweather to perform twenty (20) hours of community service with the Las Vegas Habitat for Humanity Project as provided in the previous order. In addition, the court directs Mayweather to perform ten (10) hours of community service with each of the following non-profit organizations:

Las Vegas Rescue Mission
480 West Bonanza Road
Las Vegas, Nevada 89106
Phone: 702-382-1766
www.vegasrescue.com
volunteer@vegasrescue.org

Three Square Food Bank
4190 North Pecos Road
Las Vegas, Nevada 89115
Phone: 702-644-3663
www.threesquare.org
Volunteer Department: ext. 355 or 323
volunteer@threesquare.org

The court directs Mr. Tratos, counsel for Mayweather, to submit to this court a written report by January 31st, 2012 detailing Mayweather's involvement with the organizations. Mr. Tratos is instructed to work with a representative from each of the organizations in preparing the report.

IT IS SO ORDERED.

November 16, 2011                                Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge