# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY LAWRENCE DASH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 3-10-CV-01036-JFA |
| ) | |
| v. ) | |
| ) | DEFENDANT WORLD WRESTLING |
| FLOYD MAYWEATHER, JR., ) | ENTERTAINMENT, INC.'S MOTION |
| an individual; MAYWEATHER ) | FOR SUMMARY JUDGMENT |
| PROMOTIONS; MAYWEATHER ) | REGARDING PLAINTIFF'S |
| PROMOTIONS, LLC; PHILTHY RICH ) | ENTITLEMENT TO COPYRIGHT |
| RECORDS, INC.; and WORLD ) | DAMAGES |
| WRESTLING ENTERTAINMENT, INC.; ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant World Wrestling Entertainment, Inc. ("WWE") hereby respectfully moves for summary judgment regarding Plaintiff Anthony Dash's entitlement to copyright damages for the reasons set forth in WWE's accompanying Memorandum in Support of WWE's Motion for Summary Judgment Regarding Plaintiff's Entitlement to Copyright Damages.

January 17, 2012

s/ Beverly A. Carroll
Federal ID No. 0062
K&L GATES LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, North Carolina 28202
bev.carroll@klgates.com
(704) 331-7586
(704) 353-3286 (fax)

2

Jerry S. McDevitt  (pro hac vice)
Curtis B. Krasik  (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
(412) 355-8608

ATTORNEYS FOR DEFENDANT WORLD
WRESTLING ENTERTAINMENT, INC.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, I electronically filed the foregoing *Defendant World Wrestling Entertainment, Inc.'s Motion for Summary Judgment Regarding Plaintiff's Entitlement to Copyright Damages* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Thomas L. Moses, Esq.
MONAHAN & MOSES, LLC
Email:  tom.moses@momolaw.com

John G. Felder, Jr.
William A. McKinnon
Jordan Christopher Calloway
MCGOWAN HOOD & FELDER
Email:  jfelder@mcgowanhood.com
Email:  bmckinnon@mcgowanhood.com
Email:  jcalloway@mcgowanhood.com

*Attorneys for Plaintiff*

P. Benjamin Zuckerman
AKERMAN SENTERFITT
Email:  ben.zuckerman@akerman.com

Mark G. Tratos
Bethany Rabe
Franklin Christopher Austin
Tyler R Andrews
GREENBERG TRAURIG
Email:  tratosm@gtlaw.com
Email: rabeb@gtlaw.com
Email austinc@gtlaw.com
Email: andrewst@gtlaw.com

*Attorneys for Defendants Floyd Mayweather, Mayweather Promotions, Mayweather Promotions LLC and Philthy Rich Records, Inc.*

        s/ Beverly A. Carroll
        Beverly A. Carroll
        Federal ID No. 0062
        K&L GATES LLP
        Hearst Tower, 47th Floor
        214 N. Tryon Street
        Charlotte, North Carolina 28202
        bev.carroll@klgates.com
        (704) 331-7586
        (704) 353-3286 (fax)

        ATTORNEYS FOR DEFENDANT WORLD
        WRESTLING ENTERTAINMENT, INC.