IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony Lawrence Dash, | ) |
| | ) C/A No.: 3:10-cv-1036-JFA |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Floyd Mayweather, Jr., an individual; Mayweather Promotions; Mayweather Promotions, LLC; Philthy Rich Records, Inc.; and World Wrestling Entertainment, Inc. | ) |
| Defendants. | ) |

The court has received the status report detailing Defendant Floyd Mayweather Jr.'s community service. Mayweather has taken substantial steps toward fulfilling his obligations under this court's order imposing sanctions upon him (ECF No. 131), as modified by its order of November 16, 2011 (ECF No. 136), but Mayweather has not satisfied those obligations. As such, pursuant to Defendant Mayweather's request, the court extends the deadline for Mayweather to complete his obligations under those orders until May 31st, 2012.

IT IS SO ORDERED.

February 1, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1