AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Anthony Lawrence Dash,
*Plaintiff,*
v.

Floyd Mayweather, Jr., an individual;
Mayweather Promotions; Mayweather
Promotions, LLC; Philthy Rich Records,
Inc.; and World Wrestling Entertainment,
Inc.,
*Defendants.*

Civil Action No.   3:10-cv-1036-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   summary judgment is entered for the defendants on all claims related to damages.  The plaintiff shall take nothing of the defendants as to these claims and the case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, who granted the defendants' motions for summary judgment.

Date:   May 11, 2012

*CLERK OF COURT*

s/Brian D. Shropshire

*Signature of Clerk or Deputy Clerk*